```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03515
   ERICK G ZIMBELMAN
   ERIN C ZIMBELMAN                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-8894     SSN XXX-XX-9563

---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/15/08 and confirmed on 06/11/08.

   2.  The case was converted to Chapter 7 after confirmation, 01/13/2009.

   3.  The Debtor paid a total of $   6476.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| HOMETOWN NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| US BANK CONSUMER FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | SECURED | .00 | .00 | .00 |
| ECMC | UNSECURED | 27757.64 | .00 | 250.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1004.13 | .00 | 9.05 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3203.77 | .00 | 28.86 |
| ROUNDUP FUNDING LLC | UNSECURED | 2227.29 | .00 | 20.07 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4821.45 | .00 | 43.44 |
| ROUNDUP FUNDING LLC | UNSECURED | 3415.68 | .00 | 30.77 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4118.81 | .00 | 37.11 |
| DISCOVER BANK | UNSECURED | 4672.52 | .00 | 42.10 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 267.37 | .00 | 2.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6487.60 | .00 | 58.45 |
| INTERNAL REVENUE SERVICE | PRIORITY | 819.00 | .00 | 819.00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 2186.51 | .00 | 2186.51 |
| INTERNAL REVENUE SERVICE | UNSECURED | 13.71 | .00 | .12 |
| SPIRIT OF AMERICA NATL B | UNSECURED | 242.30 | .00 | 2.18 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | UNSECURED | 689.45 | .00 | 6.21 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2186.51 | 819.00 | 58921.72 | .00 | 61927.23 |
| PRINCIPAL PAID | 2186.51 | 819.00 | 530.85 | .00 | 3536.36 |

```
INTEREST PAID                    .00          .00          .00          .00          .00
TOTAL PAID                   2186.51       819.00       530.85          .00      3536.36
```

The Debtor's attorney, LEEDERS & ASSOC LTD           , was allowed $   3500.00
and was paid $    922.00   direct and $   2578.00   through the plan.

The Trustee received $     361.64 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/16/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE